MARK JOSEPH KENNEY (State Bar No. 87345)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
FORD MOTOR SERVICE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORUMA ORUE, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:  CV 09-04250 DDP (CTx)<br><br>**JUDGMENT**<br><br><br>Date:   March 1, 2010<br>Time:  10:00 a.m.<br>Judge:  Hon. Dean D. Pregerson |

This matter came on for hearing before this Court on March 29, 2010, on defendant Ford Motor Service Company's motion for summary judgment.  After consideration of the evidence submitted by the parties and the arguments of counsel at hearing, and following this Court's issuance of an order granting Ford Motor Service Company's motion for summary judgment,

/ / /

/ / /

/ / /

1  IT IS ORDERED AND ADJUDGED that judgment be entered in favor of
2  defendant Ford Motor Service Company and against plaintiff Noruma Orue on the
3  merits.  In addition, defendant Ford Motor Service Company shall recover its costs of
4  suit from plaintiff Noruma Orue.
5  IT IS SO ORDERED.

7  Dated:  March 30, 2010

_____
United States District Judge

11  Submitted by defendant Ford Motor Service Company.

13  DATED:  March 30, 2010            SEVERSON & WERSON
                                      A Professional Corporation

                                      By:  ____/ s / *Regina J. McClendon*____
                                           Regina J. McClendon

                                      Attorneys for Defendant
                                      FORD MOTOR SERVICE COMPANY

- 2 -