MARK JOSEPH KENNEY (State Bar No. 87345)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
FORD MOTOR SERVICE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORUMA ORUE, individually and on behalf of all other similarly situated persons,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FORD MOTOR CREDIT COMPANY, a Delaware corporation; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.:  CV 09-04250 DDP (CTx)<br><br>**JUDGMENT**<br><br><br>Date:   March 1, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Dean D. Pregerson |

    This matter came on for hearing before this Court on March 29, 2010, on defendant Ford Motor Service Company's motion for summary judgment.  After consideration of the evidence submitted by the parties and the arguments of counsel at hearing, and following this Court's issuance of an order granting Ford Motor Service Company's motion for summary judgment,

          / / /

          / / /

          / / /

1  IT IS ORDERED AND ADJUDGED that judgment be entered in favor of

2  defendant Ford Motor Service Company and against plaintiff Noruma Orue on the

3  merits.  In addition, defendant Ford Motor Service Company shall recover its costs of

4  suit from plaintiff Noruma Orue.

5  IT IS SO ORDERED.

6

7  Dated:  March 30, 2010

8  United States District Judge

9

10

11 Submitted by defendant Ford Motor Service Company.

12 DATED:  March 30, 2010                    SEVERSON & WERSON
                                           A Professional Corporation
13

14

15                                          By: _____ / s / *Regina J. McClendon* _____
                                                Regina J. McClendon
16
                                           Attorneys for Defendant
17                                         FORD MOTOR SERVICE COMPANY

18

19

20

21

22

23

24

25

26

27

28